■ In the Matter of LOUIS MELENDEZ, Respondent, v MARGARET MELENDEZ, Appellant. [665 NYS2d 365] —Order unanimously affirmed without costs. Memorandum: We reject respondent's contention that the determination changing physical custody of the parties' daughter from respondent to petitioner lacks a sound and substantial basis in the record (*see, White v White*, 209 AD2d 949, *lv dismissed* 85 NY2d 924; *Fox v Fox*, 177 AD2d 209, 211-212). Upon our review of the record, we conclude that petitioner met his burden of showing that the change of custody is in the child's best interests (*see, Matter of Ammann v Ammann*, 209 AD2d 1032; *see also, Eschbach v Eschbach*, 56 NY2d 167, 171-174). (Appeal from Order of Wyoming County Family Court, Griffith, J.—Custody.) Present—Denman, P. J., Hayes, Callahan, Doerr and Fallon, JJ.